JPML FORM 1A                    DOCKET ENTRIES

                JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 277 -- IN RE THE GAP STORES SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 10/6/76 | 1. | MOTION W/SUPPORTING BRIEF -- The GAP Stores, Inc., Robert J. Fisher, William S. Fisher, Donald G. Fisher, John P. Carver, Thomas John Haas, Jr., Sue Ellen Haas, Dorothy B. Feigenbaum, Frances Fay Bowes, William C. Callender, David E. Cookson, Robert A. Cookson and Harold W. Cookson, etc. -- w/Appendix A and B copies of complaints attached as exhibits and certificate of service on involved counsel and district courtx. REQUESTED TRANSFEREE FORUM: Northern District of California REQUESTED TRANSFEREE JUDGE: Hon. Spencer Williams |
| 10/15/76 | 2 | RESPONSE -- F. LEVINSON w/cert. of service |
| 10/15/76 | | APPEARANCES -- T. A. Kolb for Defs. Donald G. Fisher, Doris F. Fisher Jack Eugster, James D. Abrams, Shirley Kirtman, George E. Powell and Gary A. Ross |
| | | J. I. Braun for Andre DeBaugibny |
| | | C. A. Legge for The Gap Stores, and many others |
| | | R. B. Pringle for Def. Ernst & Ernst |
| | | W. S. Mailliard for Lehman Bros. |
| | | P. A. Renne for Touche Ross & Co. |
| | | W. R. Bader for Merrill Lynch, Pierce, Fenner & Smith, Inc |
| | | D. B. Gold for Arthur Norack |
| | | J. W. Cotchett for Pltf. Charles M. Dresow |
| | | F. P. Furth for Louise Williams |
| | | J. J. Parish for Lawrence B. Rabkin |
| | | R. D. Greenfield for Pltf. F. Levinson |
| 10/18/76 | | APPEARANCE -- WILLIAM S. LERACH FOR SEYMOUR LAZAR MARSHALL GROSSMAN FOR MAX KRUG |
| 10/22/76 | 3 | RESPONSE -- MAX KRUG w/cert. of service |
| 10/22/76 | 4 | RESPONSE -- LEHMAN BROTHERS, INC. AND MERRILL LYNCH, PIERCE, FENNER & SMIT w/cert. of service |
| 10/22/76 | 5 | RESPONSE -- JOINDER IN MOTION RABKIN, LAZAR, WILLIAMS, DRESOW, NORACK, HOM, SCHUMAN, PERLEY, LEVINSON, SKYDELL AND DERWIN w/cert. of service |
| 10/22/76 | | APPEARANCE -- JOHN E. SPARKS for defendants JOHN G. BOWES, JULIAN A. GANZ, JR., BROOKS WALKER, JR., ALFRED DANIELS AND RICHARD M. OSTER |
| 10/27/76 | | APPEARANCE -- CHARLES A. O'BRIEN, ESQ. for Shuman, Perly Hom and Derwin |
| 11/4/76 | | HEARING ORDER -- Setting A-1 through A-8, B-1 through B-4 For Hearing, Dec. 3, 1976 San Diego, California |
| 11/11/76 | 6 | RESPONSE -- JOINDER IN MOTION BOWES, GANZ, WALKER, DANIELS & OSTER w/cert. of service |
| 11/19/76 | 7 | RESPONSE --JOINDER IN MOTION, -- DONALD G. FISHER, DORIS F. FISHER JACK W. EUGSTER, JAMES D. ABRAMS, SHIRLEY F. KIRTMAN GEORGE E. POWELL AND GARY A. ROSS w/cert of service |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. _____

DOCKET NO. _____-- _____

| Date | No. Code | |
|---|---|---|
| 11/19/76 | 8 | JOINDER IN MOTION -- TOUCHE ROSS & CO. w/cert. of service |
| 11/30/76 | | WAIVERS OF ORAL ARGUMENT FOR DEC. 3, 1976 HEARING  Donald G. Fisher, Doris F. Fisher Jack W. Eugster, James D. Abrams, Shirley F. Kirtman, George E. Powell and Gary A. Ross Lehman Brothers, Inc., Merrill Lynch Pierce Fenner & Smith, |
| 12/3/76 | | WAIVER OF ORAL ARGUMENT -- Dec. 3, 1976 hearing -- John G. Bowes, Julian A. Ganz, Jr., Brooks Walker Jr., Alfred H. Daniels and Richard M. Oster |
| 12/10/76 | | WAIVER OF ORAL ARGUMENT -- Dec. 3, 1976 Hearing -- Movant |
| 12/23/76 | | CONSENT OF TRANSFEREE COURT -- For JUDGE SPENCER M. WILLIAMS TO Handle litigation in the N.D. California under 28 U.S.C. Section 1407 |
| 12/23/76 | | ORDER -- Transferring A-1, B-4, and A-3 to the N.D. California under 28 U.S.C. §1407 for assignment to Judge Spencer M. Williams |

DOCKET NO. __277__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE THE GAP STORES SECURITIES LITIGATION__

## Summary of Panel Actions

Date(s) of Hearing(s) __12/3/76__

Consolidation Ordered xx __12/23/76__    Consolidation Denied _____

Opinion and/or Order __12/23/76 (mo)__

Citation _____

Transferee District __N.D. California__    Transferee Judge __SPENCER M. WILLIAMS__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | F. Levinson, etc. v. The GAP Stores, Inc., et al. | E.D.Pa. VanArtsdalen | 76-2852 | 12/23/76 | C-77-14 SW | 1/2/79 D | |
| A-2 | Marilyn Skydell v. The GAP Stores, Inc., et al. $1404 to N.D. Calif. | N.D.Cal S.D.N.Y. Frankel | 76-2374 WAT 76 Civ.3795 | (This action was transf. to N.D. Calif. prior to 1407) | | 11/2/79 D | |
| A-3 | Max Krug v. The GAP Stores, Inc., et al. | C.D.Cal. Real | 76-2729-LTL | 12/23/76 | C-77-13 SW | 1/2/79 D | |
| A-4 | Catherine L. Freeman ~~Lawrence B. Rabkin~~, etc. v. The GAP Stores, Inc., et al. | N.D.Cal. | C-76-1792-SW | | | 1/2/79 D | |
| A-5 | Seymour Lazar v. Donald G. Fisher, et al. | N.D.Cal. | C-76-1893-SAW | | | 1/2/79 D | |
| A-6 | Louise Williams, etc. v. The GAP Stores, Inc., et al. | N.D.Cal. | C-76-1922-SW | | | 1/2/79 D | |
| A-7 | Charles M. Dresow, etc. v. The GAP Stores, Inc., et al. | N.D.Cal. Schwarzer | C-76-1957-WWS | | | 1/2/79 D | |
| A-8 | Arthur Norack, etc. v. The GAP Stores, Inc., et al. | N.D.Cal. | C-76-1824-SW | | | 1/2/79 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Adolph P. Schuman, etc. v. The Gap Stores, Inc., et al. etc. | N.D.Cal Schwarzer | C76-2205-WWS | | | 11/2/79 D | Joinder Filed on 10/22/76 See Pleading No. 5 |
| B-2 | Harvey B. Perly v. The Gap Stores, Inc., et al. | N.D.Cal | C76-2276-WAI | | | 11/2/79 D | |
| B-3 | Alan Hom, etc. v. The Gap Stores, Inc., et al. | N.D.Cal | C76-2297-SW | | | 11/2/79 D | |
| B-4 | Ronald Derwin, etc. v. The Gap Stores, Inc., et al. | E.D.Pa. VanArtsdalen | 76-3173 | 12/23/76 76-2606 | C-77-0015-SW | 11/2/79 D | |

July 1978 — 3 TR / 13 XX2 / DIS / 15 Pdg

| XYZ-1 | Maurice Posner v. The Gap Stores, Inc. et al. | N.D.CA. | 76-2718-SW | | | 11/2/79 D | |
| XYZ-2 | Arthur Norack, etc. v. The Gap Stores, et al. | N.D.CA | 77-1026- | | | 11/2/79 D | |
| XYZ-3 | Catherine L. Freeman, et al. v. Bache Halsey Stuart, Inc., et al. | N.D.Cal. | 77-1065-CFP | | | | |
| XYZ-4 | Securities and Exchange Commission v. The Gap Stores, Inc., et al. | N.D. CA. | C77-2880-WAI | | | 12/21/77 | |

July 1979 Same as 1978

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 277 -- IN RE THE GAP STORES SECURITIES LITIGATION

---

F. LEVINSON, ETC. (A-1)
Richard D. Greenfield, Esquire
Richard D. Greenfield, P.C.
17 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004

MARILYN SKYDELL (A-2)
Kass Goodkind, Wechsler & Gerstein
122 East 42nd Street
New York, New York 10017

MAX KRUG (A-3)
Marshall B. Grossman, Esquire
Frank M. Kaplan, Esquire
Schwartz, Alschuler & Grossman
1880 Century Park East, Suite 1212
Los Angeles, California 90067

LAWRENCE B. RABKIN, ETC. (A-4)
Jeffrey J. Parish, Esquire
Skornia & Rosenblum
114 Sansome Street, Tenth Floor
San Francisco, California 94104

SEYMOUR LAZAR (A-5)
William S. Lerach, Esquire
Milberg & Weiss
1200 Third Avenue, Suite 1700
San Diego, California 92101

LOUISE WILLIAMS (A-6)
Frederick P. Furth, Esquire
Furth, Fahrner & Wong
235 Montgomery St., Suite 1330
San Francisco, California 94104

CHARLES M. DRESOW, ETC. (A-7)
Joseph W. Cotchett, Esquire
Cotchett, Hutchinson & Dyer
4 W. 4th Avenue, Suite 500
San Mateo, California 94402

ARTHUR NORACK, ETC (A-8)
David B. Gold, Esquire
Paul F. Bennett, Esquire
105 Montgomery St., Suite 1100
San Francisco, California 94104


MERRILL LYNCH, PIERCE, FENNER
    & SMITH INC.
W. Reece Bader, Esquire
Orrick, Herrington, Rowley & Sutcliffe
600 Montgomery Street
San Francisco, California 94111

TOUCHE ROSS & CO.
Paul A. Renne, Esquire
Cooley, Godward, Castro, Huddleson
    & Tatum
The Alcoa Bldg., 20th Floor
San Francisco, California 94111

LEHMAN BROTHERS
William S. Mailliard, Jr., Esquire
Pillsburgh, Madison & Sutro
Standard Oil Building
Post Office Box 7880
San Francisco, California 94120

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 277 -- IN RE THE GAP STORES SECURITIES LITIGATION

| | |
|---|---|
| ERNST & ERNST<br>Robert B. Pringle, Esquire<br>Thelen, Marrin, Johnson & Bridges<br>Two Embarcadero Center<br>San Francisco, California 94111<br><br>THE GAP STORES, INC.<br>ROBERT J. FISHER<br>WILLIAM S. FISHER<br>DONALD G. FISHER (as Guardian of the Estate of John J. Fisher, a Minor)<br>JOHN P. CARVER<br>THOMAS JOHN HAAS, JR.<br>SUE ELLEN HAAS<br>DOROTHY B. FEIGENBAUM<br>FRANCES FAY BOWES<br>WILLIAM C. CALLENDER<br>DAVID E. COOKSON, ROBERT A. COOKSON and HAROLD W. COOKSON, as Tenants in Common, d/b/a Cofam Company<br>B. J. FEIGENBAUM and DOROTHY B. FEIGENBAUM (Trustees of the Ann B. Fiegenbaum Trust)<br>B. J. FEIGENBAUM AND DOROTHY B. FEIGENBAUM (Trustees of the Joseph L. Feigenbaum Trust)<br>SYDNEY G. FISHER<br>ALLEN J. MacDONELL, GLENN R. MacDONELL and SUSAN J. MacDONELL (Trustees of the MacDonell Children Trust)<br>KENNETH MIROV<br>JOHN N. ROSEKRANS, JR.<br>WILLIAM W. WILSON<br>JAMES J. LUDWIG<br>JAMES E. FRANK<br>DOROTHY L. FRANK<br>DAVIS, SKAGGS & CO., INC.<br>REBECCA SUE INCH (Trustee of the Whitney Huff Ganz Trust No. 1)<br>(CONTINUED) | JULIAN A. GANZ, JR. (Trustee of the Whitney Huff Ganz Trust No. 2)<br>REBECCA SUE INCH (Trustee of the J. Taylor Ganz Trust No. 1)<br>JULIAN A. GANZ, JR. (Trustee of the J. Taylor Ganz Trust No. 2)<br>EILEEN D. LUDWIG<br>MARGARET K. WALKER<br>WELLINGTON S. HENDERSON, JR. (As Custodian for Kirby Walker, under C/U/G/M/A Wells Fargo Bank Trust Division 1863853L<br>WELLINGTON S. HENDERSON, JR. (As Custodian for Brooks Walker, III, under C/U/G/M/A Wells Fargo Bank Trust Division 1863843L<br>WELLINGTON S. HENDERSON, JR. (As Custodian for Leslie Walker under C/U/G/M/A Wells Fargo Bank Trust Division 1863833L<br>Charles A. Legge, Esquire<br>Bronson, Bronson & McKinnon<br>555 California St., Suite 3400<br>San Francisco, California 94104<br><br>ANDRE deBAUBIGNY<br>Jerome I. Braun, Esquire<br>Farella, Braun & Martel<br>235 Montgomery St., 31st Flr.<br>San Francisco, California 94104<br><br>DONALD G. FISHER<br>DORIS F. FISHER<br>JACK EUGSTER<br>JAMES D. ABRAMS<br>SHIRLEY KIRTMAN<br>GEORGE E. POWELL<br>GARY A. ROSS<br>Theodore A. Kolb, Esquire<br>Sullivan, Roche & Johnson<br>20th Floor - Mills Tower<br>220 Bush Street<br>San Francisco, California 94104 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 277   --   IN RE THE GAP STORES SECURITIES LITIGATION

|  |  |
|---|---|
| JOHN G. BOWES<br>JULIAN A. GANZ, JR.<br>BROOKS WALKER, JR.<br>ALFRED H. DANIELS<br>RICHARD M. OSTER<br>John E. Sparks, Esquire<br>G. Stewart Stone, Esquire<br>Brobeck, Phleger & Harrison<br>111 Sutter STreet<br>San Francisco, Calif. 94104<br><br>ADOLPH P. SCHUMAN, ETC. (B-1)<br>HARVEY B. PERLY (B-2)<br>ALAN HOM, ETC. (B-3)<br>RONALD DERWIN, ETC. (B-4)<br>Charles A. O'Brien, Esq.<br>O'Brien & Hallisey<br>One California Street<br>Suite 2245<br>San Francisco, CA 94111 |  |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 277 -- IN RE THE GAP STORES, SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| The GAP Stores, Inc. | A-1 2 3 4 5 6 7 8 B-1 B-2 B-3 |
| Lehman Brothers Inc. | A-1 2 3 4 5 6 7 8 B-1 B-2 B-3 |
| Merrill, Lynch, Pierce, Fenner & Smith, Inc. | A-1 2 3 4 5 6 7 8 B-1 B-2 B-3 |
| Donald G. Fisher | A-1 2 3 4 5 6 8 B-1 |
| Doris F. Fisher | A-1 2 3 4 5 6 8 B-1 B-3 |
| Julian A. Gantz, Jr. | A-1 2 3 4 5 6 8 B-1 B-3 |
| Jack W. Eugster | A-2 3 4 5 6 8 B-1 B-3 |
| John G. Bowes | A-2 3 4 5 6 8 B-1 B-3 |
| Alfred H. Daniels | A-2 3 4 5 6 8 B-1 B-3 |
| Richard M. Oster | A-2 3 4 5 6 8 B-1 B-3 |
| Brooks Walker, Jr. | A-2 3 4 5 6 8 B-1 B-3 |

p. 2

| Name | Codes |
|---|---|
| James D. Abrams | A-2 3 4 5 6 8  B-1  B-3 |
| Shirley F. Kirtman | A-2 3 5 6 8  B-1  B-3 |
| George E. Powell | A-2 3 6 8 |
| Gary A. Ross | A-2 3 6 8 |
| Steinhart, Goldberg, ~~Shirley F. Kirtman~~ Feigenbaum & Ladar | A-4 5 ~~6~~ |
| Andre L. De Baubigny | A-3 5 6 8  B-1  B-3 |
| Touche Ross & Co. | A-3 4 5 6 7 8  B-1  B-2  B-3 |
| Ernst & Ernst | A-6 8 |
| Robert J. Fisher | A-6 8  B-1  B-3 |
| William S. Fisher | A-6 8  B-1  B-3 |
| John J. Fisher Guardianship | A-6 8  B-1  B-3 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 277 -- In re The Gap Stores Securities Lit.

| Name of Party | Named as Party in Following Actions |
|---|---|
| John P. Carnix | A-6  8  B-1  B-3 |
| Thomas John Haas Jr. | A-6  8  B-1  B-3 |
| Sue Ellen Haas | A-6  8  B-1  B-3 |
| Lorally S. Feigenbaum | A-6  8  B-1  B-3 |
| Frances F. Bauer | A-6  8  B-1  B-3 |
| William C. Callender | A-6  8  B-1  B-3 |
| Daniel E. Cookson | A-6  8  B-1  B-3 |
| Robert A. Cookson & Harold W. Cookson (as tenants in common) (dba Cofam Co.) | A-6  8  B-1  B-3 |
| Ann M. Feigenbaum Trust | A-6  8  B-1  B-3 |
| Sydney A. Fister | A-6  8  B-1  B-3 |
| (illegible) | A-6  8  B-1  B-3 |

| Name | Codes |
|---|---|
| Kenneth Mirow | A-6  8  B-1  B-3 |
| John L. Rawlings Jr. | A-6  8  B-1  B-3 |
| William W. Harrison | A-6  8  B-3 |
| James J. Ludwig | A-6  8  B-1  B-3 |
| James E. Frank | A-6  8  B-1  B-3 |
| Dorothy L. Frank | A-6  8  B-1  B-3 |
| Davis Skaggs & Co., Inc. | A-6  8  B-1  B-3 |
| Wilsey Huff, Sales Trustee | A-6  8  B-1  B-3 |
| D. Taylor, Sr., Trustee | A-6  8  B-1  B-3 |
| Eileen W. Ludwig | A-6  8  B-1  B-3 |
| Margaret Hacker | A-6  8  B-1  B-3 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 277 -- IN RE THE GAP STORES, SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| KIRBY WALKER CUSTODIANSHIP | A-6, A-8 B-1 *B-3* |
| BROOKS WALKER III CUSTODIANSHIP ✓ | A-6 A-8 B-1 *B-3* |
| LESLIE WALKER CUSTODIANSHIP ✓ | A-6 A-8 *B-3* |
| WELLINGTON S. HENDERSON, JR. ✓ | B-1 |
| CROCKER NATIONAL BANK *Morrison & Foerster 1 Post St 94104* | B-1 |
| BACHE HALSEY STUART, INC. | B-1 |
| BACON, WHIPPLE & CO. | B-1 |
| BATEMAN EICHLER, HILL RICHARDS, INC. | B-1 |
| WILLIAM BLAIR, INC. | B-1 |
| DREXEL BURNHAM & CO., INC. | B-1 |
| HORNBLOWER & WEEKS-HEMPHILL NoyES, INC. | B-1 |

p. 6

| | |
|---|---|
| LOEB RHOADES & CO. | B-1 |
| SALOMON BROS | B-1 |
| GLEN R. MACDONELL | B-1 |
| ALLEN J. MACDONELL | B-1 |
| REBECCA SUE INCH SMITH | B-1 |
| ~~TILDEN D. LUDWIG~~ | B-1 |
| | |
| | |
| | |
| | |
| | |