DOCKET NO. 277

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE GAP STORES SECURITIES LITIGATION

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring the actions pending in districts other than the Northern District of California to that district for coordinated or consolidated pretrial proceedings with the actions in that district before the Honorable Spencer M. Williams, and, upon consideration of the complaints and the other papers submitted, the Panel having found that these actions involve common questions of fact and that transfer would serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS THEREFORE ORDERED that the actions listed on the attached Schedule A and pending in districts other than the Northern District of California be, and the same hereby are, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Spencer M. Williams for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district and also listed on the attached Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A

MDL-277 -- IN RE THE GAP STORES SECURITIES LITIGATION

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adolph P. Schuman, etc. v. The GAP Stores, Inc., et al. etc. | Civil Action No. C76-2205-WWS |
| Harvey B. Perly v. The GAP Stores, Inc., et al. | Civil Action No. C76-2276-WAI |
| Alan Hom, etc. v. The GAP Stores, Inc., et al. | Civil Action No. C76-2297-SW |
| Lawrence B. Rabkin, etc. v. The GAP Stores, Inc., et al. | Civil Action No. C-76-1792-SW |
| Seymour Lazar v. Donald G. Fisher, et al. | Civil Action No. C-76-1893-SAW |
| Louise Williams, etc. v. The GAP Stores, Inc., et al. | Civil Action No. C-76-1922-SW |
| Charles M. Dresow, etc. v. The GAP Stores, Inc., et al. | Civil Action No. C-76-1957-WWS |
| Arthur Norack, etc. v. The GAP Stores, Inc., et al. | Civil Action No. C-76-1824-SW |
| Marilyn Skydell v. The GAP Stores, Inc., et al. | Civil Action No. C76-2374-WAI |

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Max Krug v. The GAP Stores, Inc., et al. | Civil Action No. 76-2729MLR |

### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| F. Levinston, etc. v. The GAP Stores, Inc., et al. | Civil Action No. 76-2852 |
| Ronald Derwin, etc. v. The GAP Stores, Inc., et al. | Civil Action No. 76-3173 |